**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ALICE KOROMA,

Plaintiff,

-against-

ROYAL AIR MAROC LTD.,

Defendants.

26-CV-3129 (ER) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Plaintiff's application for an adjournment of the July 22, 2026, Preliminary Settlement Conference Call is **GRANTED**. The Conference is **ADJOURNED** to **Tuesday, July 28, 2026, at 3:30 p.m**. Please call Chambers at 212-805-0260 when all counsel and Plaintiff are on the line.

Defendant is directed to serve a copy of this Order on self- represented Plaintiff and file such proof of service no later than **July 10, 2026**.

The Clerk of Court is respectfully directed to close ECF 17.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: July 6, 2026
New York, New York