UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALICE KOROMA,

Plaintiff,

*-against-*

ROYAL AIR MAROC LTD.,

Defendant.

**ORDER**

26-CV-03129 (ER)

RAMOS, D.J.:

On September 22, Plaintiff Alice Koroma filed a motion to compel discovery and for sanctions. Doc. 29. Defendant is directed to respond by letter by October 8, 2026.

It is SO ORDERED.

Dated: October 2, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.