UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALICE KOROMA,

Plaintiff,

*-against-*

ROYAL AIR MAROC LTD.,

Defendant.

**ORDER**

26-CV-03129 (ER)

RAMOS, D.J.:

On September 22, Plaintiff Alice Koroma filed a motion to compel discovery and for sanctions. Doc. 29. Koroma served requests for documents upon Royal Air Maroc on September 12, 2026. Doc. 31-1. Pursuant to Rule 34(b), Royal Air Maroc's deadline to respond was October 12, 2026. Fed. R. Civ. P. 34(b). Thus, the September 22, 2026 motion to compel discovery was premature, and sanctions are not warranted.

Koroma's motion is denied. The parties are directed to meet and confer, and file a discovery update by October 16, 2026. The Clerk of Court is respectfully directed to terminate the motion, Doc. 29.

It is SO ORDERED.

Dated: October 13, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.