UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALICE KOROMA,

Plaintiff,

*-against-*

ROYAL AIR MAROC LTD.,

Defendant.

**ORDER**

26-CV-03129 (ER)

RAMOS, D.J.:

On September 22, 2026 Plaintiff Alice Koroma filed a motion to compel discovery and for sanctions. Doc. 29. Koroma served requests for documents upon Royal Air Maroc on September 12, 2026. Doc. 31-1. Because Royal Air Maroc's deadline to respond was October 12, 2026, Fed. R. Civ. P. 34(b), the Court denied the motion, holding that the September 22, 2026 motion to compel discovery was premature, and sanctions were not warranted. Doc. 32.

Koroma then filed a letter signed on October 12, 2026, stating that Royal Air Maroc had not produced the requested discovery, so an order to compel and for sanctions was still warranted.[1] Doc. 33. On October 15, Royal Air Maroc filed a letter stating that: it produced documents to Koroma on October 12, 2026; Koroma acknowledged by letter that the production resolved the discovery dispute raised in her motion; and that the parties conferred by phone on October 15, 2026 and confirmed there were no outstanding discovery disputes. Doc. 34.

[1] The letter was filed on the docket on October 14, 2026. Doc. 33.

There are no discovery issues outstanding that warrant an order to compel or for sanctions. Koroma's motion, Doc. 29, was denied on October 13, 2026, but to the extent that Koroma moves in her October 12, 2026 letter to compel and for sanctions, that request is also denied.

It is SO ORDERED.

Dated: October 16, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.